UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    THOMAS R HARRIS  
    GAIL P HARRIS  
        Debtor(s)

Case No. 08-26628

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2008.

2) The plan was confirmed on 12/29/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/13/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/14/2009, 09/30/2009, 12/08/2010.

5) The case was converted on 01/12/2011.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,560.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,012.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,012.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $745.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $745.06

Attorney fees paid and disclosed by debtor: $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL RETAIL FINAN | Unsecured | 611.00 | 611.34 | 611.34 | 0.00 | 0.00 |
| AMERICAS SERVICING CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | NA | NA | NA | 0.00 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | 3,776.25 | 3,776.25 | 3,776.25 | 1,373.35 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | NA | NA | NA | 0.00 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | 1,928.35 | 1,928.35 | 1,928.35 | 701.29 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | NA | NA | NA | 0.00 | 0.00 |
| BUTTERFIELD FINANCIAL CORP | Secured | 2,034.20 | 2,034.20 | 2,034.20 | 739.77 | 0.00 |
| CALVARY PORTFOLIO SERVICE LLC | Unsecured | 1,567.00 | 1,639.54 | 1,639.54 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 405.00 | 441.16 | 441.16 | 0.00 | 0.00 |
| CENTER FOR DENTAL IMPLANTS | Unsecured | 429.30 | NA | NA | 0.00 | 0.00 |
| CHADWICKS | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT CORP | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL | Secured | 9,480.00 | 9,480.00 | 9,480.00 | 3,843.70 | 0.00 |
| DRESS BARN | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 577.00 | 577.21 | 577.21 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,086.00 | 1,155.07 | 1,155.07 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 997.00 | 1,103.01 | 1,103.01 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,538.00 | 1,646.39 | 1,646.39 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,300.00 | 1,372.15 | 1,372.15 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 3,430.44 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | 6,458.03 | 6,458.03 | 6,458.03 | 1,821.98 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | NA | NA | NA | 0.00 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | 6,458.03 | 6,458.03 | 6,458.03 | 2,157.37 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | NA | NA | NA | 0.00 | 0.00 |
| ENTERPRISE FLEET SRVS | Secured | 7,999.74 | 7,999.74 | 7,999.74 | 2,629.48 | 0.00 |
| FIA CARD SERVICES | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 60.15 | 60.15 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 44,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,221.74 | 3,221.74 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 18,411.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| LASIK PLUS VISION CENTER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| LIBERTY GROVE HOMEOWNERS ASS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| M3 FINANCIAL SERVICES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MACYS RETAIL HOLDINGS INC | Unsecured | 2,329.00 | 2,329.36 | 2,329.36 | 0.00 | 0.00 |
| MOBIL CARD SRV | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| NEUROMED | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| OFFICE DEPOT | Unsecured | 2,568.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 49.90 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 1,211.26 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,719.00 | 1,757.67 | 1,757.67 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,510.00 | 1,556.72 | 1,556.72 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 12,318.00 | 12,318.24 | 12,318.24 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,073.00 | 2,073.17 | 2,073.17 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 642.00 | 682.65 | 682.65 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,418.00 | 1,418.49 | 1,418.49 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 895.00 | 934.48 | 934.48 | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | NA | NA | 0.00 | 0.00 |
| SEARS BKRUPTCY RCVRY MGMT SV | Unsecured | 408.00 | NA | NA | 0.00 | 0.00 |
| SEARS ROEBUCK & CO | Unsecured | 3,397.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN . | Unsecured | 6,500.00 | NA | NA | 0.00 | 0.00 |
| VICMINE MEEKS CHAVIS & ASSOC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $28,654.60 | $9,423.24 | $0.00 |
| All Other Secured | $9,480.00 | $3,843.70 | $0.00 |
| **TOTAL SECURED:** | **$38,134.60** | **$13,266.94** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,221.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$3,221.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$31,676.80** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $745.06 |
| Disbursements to Creditors | $13,266.94 |
| **TOTAL DISBURSEMENTS** : | **$14,012.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/18/2011        By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**